# EXHIBIT A

| | |
|---|---|
| DISTRICT COURT, LARIMER COUNTY, COLORADO<br>Court Address:  201 LaPorte Avenue, Suite 100<br>                        Fort Collins, CO  80521<br>_____<br><br>Plaintiff:<br><br>**ENDOSHAPE, INC.**, a Delaware corporation,<br><br>         v.<br><br>Defendant:<br><br>**ALIZÉE PATHOLOGY, LLC d/b/a STAGEBIO**, a Maryland limited liability company. | DATE FILED: March 8, 2021 2:33 PM<br>FILING ID: FB61428DEFADC<br>CASE NUMBER: 2021CV30160<br><br><br>COURT USE ONLY<br>_____<br><br>Case Number: 2021-cv-_____<br>Courtroom: ___ |
| Attorneys for Plaintiff:<br><br>BALLARD SPAHR LLP<br>Gregory Szewczyk, #46786<br>1225 17th Street, Suite 2300<br>Denver, CO 80202-5596<br>Tel.: (303) 292-2400<br>Fax: (303) 296-3956<br>szewczykg@ballardspahr.com<br><br>Douglas Y. Christian (*pro hac vice* forthcoming)<br>Brittany M. Wilson (*pro hac vice* forthcoming)<br>1735 Market Street, 51st Floor<br>Philadelphia, PA 19103-7599<br>Tel.: (215) 864-8500<br>Fax: (215) 864-8999<br>christiand@ballardspahr.com<br>wilsonbm@ballardspahr.com | |
| **COMPLAINT** | |

Plaintiff EndoShape, Inc. ("EndoShape"), by and through its counsel, for its Complaint against Defendant Alizée Pathology, LLC d/b/a StageBio ("Defendant" or "StageBio"), states as follows:

## NATURE OF THE CASE

1.      This is an action to recover damages caused by StageBio's failure to properly harvest, keep safe, and analyze tissue samples for a preclinical study that EndoShape was

conducting in connection with a medical device EndoShape is developing.  StageBio's negligence forced EndoShape to repeat the study, delaying Endoshape's ability to seek approval for its medical device by over four months, and forcing EndoShape to incur additional expenses.

## PARTIES

2. Plaintiff EndoShape, Inc. is a corporation incorporated in the state of Delaware with its principal place of business in Boulder, Colorado.  At all relevant times, EndoShape was authorized to conduct business in the State of Colorado.

3. Defendant Alizée Pathology, LLC d/b/a StageBio is a limited liability company organized under the laws of Maryland and with its principal place of business in Thurmont, Maryland.  At all relevant times, StageBio was engaged in business in the State of Colorado.

## JURISDICTION AND VENUE

4. This Court has subject matter jurisdiction over this action pursuant to Colorado Constitution, Article VI at § 9.

5. This Court may exercise *in personam* jurisdiction over the Defendant pursuant to Colorado Revised Statute § 13-1-124, because Defendant has (i) transacted business within Colorado and (ii) committed tortious acts within Colorado.

6. The wrongful conduct giving rise to EndoShape's claim occurred in Larimer County, Colorado.  Therefore, venue in this Court is proper, pursuant to Rule 98(b)(5) of the Colorado Rules of Civil Procedure.

## FACTS

7. EndoShape is small company developing minimally invasive embolization devices for peripheral and neuro vascular use in the interventional radiology market.  EndoShape's Nitinol Enhanced Device (NED) system consists of polymer-based embolization coils placed into a blood vessel through a small catheter in order to occlude the vessel.  The NED system enables faster and more durable occlusion as compared to traditional platinum embolization coils.  Additionally, the NED system has favorable CT and MRI imaging properties enabling easier follow-up.  EndoShape hopes its NED system will substantially replace existing platinum embolization coils and is only one of the embolization devices in development by EndoShape.

8. This matter involves a preclinical study undertaken by EndoShape known as GLP Subchronic Ovine, Nitinol Enhanced Device (NED) System Product Validation ("Study").  The purpose of the Study is to evaluate the safety and performance of EndoShape's Nitinol Enhanced Device (NED) system as compared to currently marketed platinum peripheral vascular embolic coils and to confirm the peripheral vascular delivery and implantation procedure.

9. The U.S. Food and Drug Administration ("FDA") required EndoShape to implant Nitinol Enhanced Devices into animals and then provide a report on the results. These results were needed for FDA regulatory clearance of the medical device.

10. The Study required that twelve sheep undergo embolization and be implanted with EndoShape's Nitinol Enhanced Devices in one blood vessel and currently marketed platinum peripheral vascular embolic coils in a second similarly sized blood vessel. After a period of either 30 days or 90 days, all twenty-four devices would be removed and tissue samples taken from the sheep for analysis.

11. To assist in the Study, EndoShape retained Bioanalytical Systems, Inc. d/b/a Inotiv ("Inotiv"). The Study was conducted at Inotiv's facility in Fort Collins, Colorado.

12. Inotiv retained Defendant StageBio to perform the necropsy and histopathology investigations for the Study.

13. StageBio markets itself as a "leading international provider of preclinical and clinical histology, pathology, image analysis, and specimen archiving services for biopharmaceutical, medical device, and contract research industries."[1]

14. StageBio also offers necropsy services, offering, "a team of trained prosectors who travel the country providing prosectors services" who are "trained in necropsy techniques" on the following species: mouse, rat, ferret, guinea pig, pig, rabbit, dog, and non-human primates.[2]

15. Despite not listing sheep as an animal with which StageBio has expertise in necropsy techniques, StageBio prosected sheep as part of the Study.

16. In the Study, StageBio was responsible for conducting necropsy and histopathology investigations in accordance with the FDA's Good Laboratory Practice regulations, standards, and guidelines as well as all applicable Standard Operating Procedures. After completing its investigation, StageBio was responsible for drafting a histopathology sub-report.

17. StageBio was also responsible for preserving the tissues samples from the Study.

18. According to the Study protocol, StageBio was required to remove tissue samples containing the medical devices from the sheep on June 11, 2020 and on July 13, 2020 in the Inotiv facility in Fort Collins, Colorado and take the devices and tissue samples to the StageBio facility for pathology processing and analysis.

---

[1] StageBio, Home Page, https://www.stagebio.com/

[2] StageBio, Necroposy Page, https://www.stagebio.com/lab-services#necropsy

3

19. The Study protocol did not contain any provisions stating that StageBio should rely on EndoShape during the necropsy or harvesting of the tissue samples.

20. StageBio collected certain tissue samples from the sheep on June 11, 2020 and July 13, 2020.

21. StageBio did not rely on EndoShape's staff at any time during the necropsy to fulfill its duties under the Study.

22. The tissue samples were shipped to a StageBio facility for processing and analysis. During that processing and analysis, StageBio determined that it had taken tissue samples from incorrect anatomical locations in nine of twelve sheep and did not recover all the implants as required by the Study protocol when StageBio conducted the necropsies at the Inotiv facility in Fort Collins, Colorado.

23. On August 4, 2020, representatives of StageBio and Inotiv contacted EndoShape and informed EndoShape of the loss and that only three of the twenty-four medical devices were recovered from the twelve sheep.

24. EndoShape was relying on the timely delivery of the histopathology results not only for the FDA regulatory clearance, but also to aid in future financing.

25. StageBio's improper tissue collection and loss of twenty-one medical devices forced EndoShape to restart its animal trial, which not only delayed EndoShape's ability to provide the histopathology report to the FDA by at least four months, but also forced EndoShape to incur additional costs and caused other damages.

## FIRST COUNT
**(Negligence)**

26. Plaintiff incorporates by reference as if fully here the preceding paragraphs of this Complaint.

27. At all times pertinent, StageBio owed a duty to EndoShape to perform its work in the Study in a reasonable and careful fashion and in accordance with all applicable regulations, standards, guidelines, and Standard Operating Procedures.

28. StageBio breached that duty of due care and was negligent by taking the wrong tissue samples and by failing to recover twenty-one of the twenty-four medical devices.

29. It was foreseeable to StageBio that by taking improper tissue samples and failing to recover the medical devices, that the Study would be delayed and that EndoShape would suffer damages.

30. As a direct and proximate result of the negligent acts and actions of StageBio, EndoShape incurred damages and expenses.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff EndoShape, Inc. prays for judgment in its favor and against Defendant Alizée Pathology, LLC d/b/a StageBio on the claim asserted in this Complaint and for the following relief:

A. Monetary damages in an amount to be determined at trial;

B. Reasonable attorneys' fees, costs, and expenses, including any expert witness fees;

C. Pre- and post-judgment interest permitted by law; and

D. Any such other and further relief as this Court deems just and proper under the circumstances.

## JURY DEMAND

Plaintiff demands a trial by jury on all issues so triable.

DATED this 8th day of March, 2021.

Respectfully submitted,

**BALLARD SPAHR**

*By: s/Gregory Szewczyk*_____

BALLARD SPAHR LLP
Gregory Szewczyk, #46786
1225 17th Street, Suite 2300
Denver, CO 80202-5596
Tel.: (303) 292-2400
Fax: (303) 296-3956
szewczykg@ballardspahr.com

                                Douglas Y. Christian (*pro hac* to be filed)
                                Brittany M. Wilson (*pro hac* to be filed)
                                1735 Market Street, 51st Floor
                                Philadelphia, PA 19103-7599
                                Tel.: (215) 864-8500
                                Fax: (215) 864-8999
                                christiand@ballardspahr.com
                                wilsonbm@ballardspahr.com

                                *Attorneys for Plaintiff EndoShape, Inc.*

Plaintiff's Address:
EndoShape, Inc.
5425 Airport Blvd., Ste. 101
Boulder, CO 80301-2627